# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132466 & (65)(66)(69)


TOLL NORTHVILLE, LTD, and BILTMORE
WINEMAN, LLC,
            Plaintiffs-Appellees,

v                                                       SC: 132466
                                                        COA: 259021
                                                        Wayne CC: 03-326658-CZ
TOWNSHIP OF NORTHVILLE,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address the constitutionality of MCL 211.34d(1)(b)(viii) and whether "public service" improvements (such as water service, sewer service, utility service) are "additions" to the property within the meaning of Proposal A, Const 1963, art 9, § 3, which allow for increased taxation of the property. The motion to add to the record is DENIED.

The motions for leave to file briefs amicus curiae are GRANTED. Other persons or groups interested in determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2007

d0522

_____
Clerk